No. 7, original. UNITED STATES v. MINNESOTA. February 25; 1931. Bill of complaint dismissed with prejudice on motion of *Solicitor General Thacher* for the United States. *Mr. Charles R. Pierce* for defendant.